7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Caleb Ricke Elliott and Lashawnda Dlene Elliott
*Debtor*

**Caleb R Elliott**
**Lashawnda D Elliott**
   Plaintiff(s)

v.

**US Department of Education**
**SALLIE MAE SERVICING L.P.**
**AES/NCT**
**UHEAA**
**Fed Loan Servicer**
**MOHEALA**
**MOHEALA/Bank of America**
**Dept of Education/NELN**
**Southwest Financial Bank/CU**
**ECMC**
   Defendant(s)

*Bankruptcy Case No.*
08–44605–abf7

*Adversary Case No.*
13–04019–abf

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That the Plaintiffs Motion for Default Judgment against Defendants, US Department of Education, ACS/NES, Fed Loan Servicer, MOHEALA, Department of Education NELN, Southwest Financial Bank CU and ECMC be and the same is hereby SUSTAINED.
IT IS FURTHER BY THE COURT ORDERED That the student loans of these Defendants, US Department of Education, ACS/NES, Fed Loan Servicer, MOHEALA, Department of Education NELN, Southwest Financial Bank CU and ECMC be and the same are hereby DISCHARGED.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
       Deputy Clerk



Date of issuance: 2/12/14

Court to serve