7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Caleb Ricke Elliott and Lashawnda Dlene Elliott
*Debtor*

**Caleb R Elliott**
**Lashawnda D Elliott**
    Plaintiff(s)

v.

**US Department of Education**
**SALLIE MAE SERVICING L.P.**
**AES/NCT**
**UHEAA**
**Fed Loan Servicer**
**MOHEALA**
**MOHEALA/Bank of America**
**Dept of Education/NELN**
**Southwest Financial Bank/CU**
**ECMC**
**United States of America**
    Defendant(s)

*Bankruptcy Case No.*
08–44605–abf7

*Adversary Case No.*
13–04019–abf

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That pursuant to the Court's Order (Doc.No. 65), Granting the United States of America's Motion to Dismiss Adversary Proceeding, and directing the Clerk of the Court to enter Judgment, Judgement is hereby entered in favor of the United States of America, with each party to bear its own costs.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 5/15/14

Court to serve